1062

No. 89–6199.   BOND *v.* RAIKES, JUDGE, ET AL.   C. A. 6th Cir.
Certiorari denied.

No. 89–6220.   YKEMA *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 89–6224.   BOND *v.* RAIKES, JUDGE, NELSON CIRCUIT
COURT.   Sup. Ct. Ky.   Certiorari denied.

No. 89–6237.   VINSON *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 89–6242.   WATSON *v.* UNITED STATES ET AL.   C. A. 3d
Cir.   Certiorari denied.

No. 89–6249.   FURST *v.* UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied.

No. 89–6254.   EHRET *v.* UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 89–6257.   BIONDI *v.* UNITED STATES.   Ct. Mil. App.
Certiorari denied.

No. 89–6263.   MANNER *v.* UNITED STATES.   C. A. D. C. Cir.
Certiorari denied.

No. 89–6269.   BEAULIEU *v.* UNITED STATES.   Ct. Mil. App.
Certiorari denied.

No. 89–589.   CBS INC. *v.* BERDA ET UX.   C. A. 3d Cir.   Mo-
tions of Merchants and Manufacturers Association and General
Motors Corp. for leave to file briefs as *amici curiae* granted.
Certiorari denied.

No. 89–838.   PINCKNEY ET AL. *v.* VALENTE-KRITZER VIDEO.
C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE would grant
certiorari.

No. 89–857.   CBS INC. *v.* BRUNO.   C. A. 3d Cir.   Motion of
Merchants and Manufacturers Association for leave to file a brief
as *amicus curiae* granted.   Certiorari denied.